IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Phenix Mutual Fire Insurance Company, ) | C/A No.: 0:10-cv-1858-JFA |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER ON** |
| ) | **SUMMARY JUDGMENT** |
| Tammy Kaye Shackleford, James Shackleford, ) | |
| and Judy Coleman, as Personal Representative ) | |
| of the Estate of Levi Shackleford, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This case comes before the court upon the motion for summary judgment by plaintiff Phenix Mutual Fire Insurance Company. The plaintiff moves for a declaration that it provides no liability or medical payments coverage in connection with the incidents giving rise to this case. Defendant, with commendable candor, does not oppose plaintiff's motion. Therefore, this court grants plaintiff's motion for summary judgment.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

September 23, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge